UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/16

DAISY VILLALOBOS,

                           Plaintiff,

      -v-                                              No. 16-cv-5904 (RJS)
                                                              ORDER
CITY OF NEW YORK, CHRISTIA LOPEZ,
Shield 24864, and JOHN DOE 1–4, employees
of the New York City Police
Department,

                           Defendants.

RICHARD J. SULLIVAN, District Judge:

      The above-entitled matter has been assigned to my docket and shall be conducted in

accordance with Local Civil Rule 83.10, "Plan for Certain § 1983 Cases Against the City of New

York" (the "Plan"). Specifically, the parties shall comply with the obligations and deadlines set

forth in the Plan, which is available here: http://www.nysd.uscourts.gov/rules/rules.pdf.

      Furthermore, Plaintiff filed affidavits of service on August 30, 2016, indicating that the

City of New York was served with the summons and complaint and the releases required by the

Plan on August 12, 2016 (Doc. No. 8), and that Officer Christia Lopez was served with the

summons and complaint on August 25, 2016 (Doc. No. 9). Although the docket lists the deadlines

for these defendants' answers as September 2, 2016 and September 15, 2016, respectively, under

the Plan, their deadline to answer or otherwise respond to the complaint is in fact October 31,

2016. *See* Local Civ. R. 83.10(3). Accordingly, the Clerk of the Court is respectfully directed to

correct the answer deadlines on the docket.

Additionally, IT IS HEREBY ORDEED THAT the parties shall appear for an initial conference on Friday, December 2, 2016 at 11:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED THAT, by November 28, 2016, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1)     A brief statement of the nature of the action and the principal defenses thereto;

(2)     A brief explanation of why jurisdiction and venue lie in this Court;

(3)     A brief description of all outstanding motions and/or outstanding requests to file motions;

(5)     A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(6)     A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7)     The estimated length of trial; and

(8)     Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by November 28, 2016, the parties shall submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at:  http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address:  sullivanNYSDchambers@nysd.uscourts.gov.

Please consult my Individual Rules with respect to communications with chambers and related matters.

Plaintiff shall serve Officer Lopez with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. Officer Lopez shall thereafter file a notice of appearance through ECF.

SO ORDERED.

Dated:      August 31, 2016
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE